**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MARIAN DOUGLAS,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| | : | **CASE NO. 2:19-cv-5568** |
| **v.** | : | **CHIEF JUDGE ALGENON L. MARBLEY** |
| | : | **MAGISTRATE JUDGE JOLSON** |
| **ASPEN MANAGEMENT USA, LLC,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

This matter comes before the Court on the Defendant's Motion to Excuse Lead Counsel from Attendance. (ECF No. 23). Attorney Kimberly L. Hall moves this Court to excuse her attendance from the status conference scheduled on December 9, 2020 at 3:30 p.m. as she has a previously scheduled hearing set to begin at 3:00 p.m. (*Id.*). Attorney Eric Michener, co-counsel for the Defendant, will be in attendance at the status conference and Plaintiff's counsel consents to this Motion. (*Id.*). For these reasons and for good cause shown, the Motion is **GRANTED** and Attorney Hall is hereby excused from attendance at the December 9, 2020 status conference.

**IT IS SO ORDERED.**

_____
**ALGENON L. MARBLEY**
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATED:  December 8, 2020**