# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **MARIAN DOUGLAS,** | : | |
| | : | |
| Plaintiff, | : | Case No. 2:19-cv-5568 |
| | : | |
| | : | JUDGE ALGENON L. MARBLEY |
| vs. | : | |
| | : | MAGISTRATE JUDGE JOLSON |
| | : | |
| **ASPEN MANAGEMENT USA, LLC,** | : | |
| | : | |
| Defendant. | : | |

## STIPULATED DISMISSAL WITH PREJUDICE

By stipulation of the undersigned counsel, it is hereby agreed that this action be dismissed in its entirety, with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated this 24th day of June 2022.

Respectfully submitted,

/s/ *Greg R. Mansell* (via email consent)  
Greg R. Mansell (0085197)  
Greg@MansellLawLLC.com  
Carrie J. Dyer (0090539)  
Carrie@MansellLawLLC.com  
Mansell Law, LLC  
1457 S. High St  
Columbus, Ohio 43207  
Phone: (614) 796-4325  
Fax: (614) 547-3614  
*Attorneys for Plaintiffs*

*/s/ Kimberly L. Hall*  
Kimberly L. Hall (0090677)  
Eric T. Michener (0074559)  
225 North Market Street  
P.O. Box 599  
Wooster, Ohio 44691  
Phone: (330) 264-4444; Fax: (330) 263-9278  
E-mail: khall@ccj.com; michener@ccj.com  
*Attorneys for Defendant*

**CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on the 24th of June, 2022, I caused the foregoing to be filed via the ECF System for the United States District Court for the Southern District of Ohio, Eastern Division, and that said document will be served upon all counsel of record via the Court's electronic filing system.

*/s/ Kimberly L. Hall*
Kimberly L. Hall
*Attorney for Defendant*